IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISTOPHER LACCINOLE,

          Plaintiff,

v.

SEQUIUM ASSET SOLUTIONS, LLC;
GREGORY E. SCHUBERT; SHANTAL
JACKSON; VERIZON NEW ENGLAND,
INC.; VERIZON ONLINE, LLC; VERIZON
WIRELESS (VAW) LLC; RANDY
WILLIAMS; STEVEN MONDA; WILLIAM
STRANG; ARTHUR P. HENDRICKS;
RICHARD HOLLERBACH AND DOES 1-5,
INCLUSIVE

          Defendants.

CASE NO. 1:20-cv-00359-WES-PAS

**DEFENDANTS' MOTION FOR EXTENSION OF ALL RESPONSE DEADLINES
PENDING SETTLEMENT DISCUSSIONS**

Pursuant to all applicable procedural rules and the inherent authority of this Court to regulate matters before it, the corporate Defendants move for an order enlarging by thirty (30) days all deadlines by which all Defendants must respond to the Amended Complaint.   In support of this Motion, the Defendants state as follow:

1.   By way of background, this is a nuisance suit that recently settled for $6,000.  But rather than dismiss the suit, the Plaintiff has tried to revive it, because the settlement payment arrived a few days late.  The corporate defendants then filed a motion to enforce/dismiss.  For their part, the individual defendants have been preparing their own motion to dismiss, because they were never properly served, and the Court has no personal jurisdiction over them.  The Court held a status conference regarding the matter, and it encouraged the parties to discuss

settlement.  Then, the Court on October 7 deferred action on the corporate Defendants' motions to dismiss without prejudice, pending the parties' settlement negotiations.

2.   Since the Court's status conference, the parties have engaged in some settlement discussions.  At this writing, those discussions have not resulted in an agreement, but they are ongoing.  Defense counsel recently proposed a further conference with Plaintiff's counsel to discuss settlement concepts, and they await his response.

3.   Currently, the individual Defendants must file their motion to dismiss by the thirteenth, and the corporate defendants must answer the Amended Complaint or renew their motions to enforce/dismiss by the seventeenth.   None of these filings (or oppositions) are necessary if the case resolves shortly.

4.   In the circumstances, the interests of economy and efficiency will be best served by an extension of these deadlines so the parties can continue discussions without simultaneously preparing pleadings and motions.  There is no good reason for the court or parties to spend more time litigating the case if an agreed resolution can be achieved. And the requested enlargement will not unduly delay resolution of the matter or cause prejudice.

For all of the forgoing reasons, the Defendants request that this Motion be granted and that the Court continue until Friday, November 12 the deadline by which all Defendants must move, plead, or otherwise respond to the Amended Complaint.

SEQUIUM ASSET SOLUTIONS, LLC;
VERIZON NEW ENGLAND, INC.;
VERIZON ONLINE, LLC; VERIZON
WIRELESS (VAW) LLC,

By their attorneys,

Timothy O. Egan #9239
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue, 6th Floor
Boston, MA 02210
(617) 951-2100

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on the following via CM/ECF and email service on this 12th day of October, 2021:

Vincent Indeglia, Esq.
Indeglia Lutrario Attorneys at Law
300 Centerville Road, Suite 320
Warwick, RI  02886

Timothy O. Egan

2250204_1
16572-206505