UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER LACCINOLE,                  :
                Plaintiff,            :
                              :

VS.                                     :        C.A. NO: 1:20-cv-00359-WES-PAS
                              :

SEQUIUM ASSET SOLUTIONS, LLC;   :
GREGORY E. SCHUBERT;                    :
SHANTAL JACKSON;                        :
VERIZON ONLINE, LL; VERIZON             :
WIRELESS (VAW) LLC; RANDY               :
WILLIAMS; STEVEN MONDA;                 :
WILLIAM STRANG; ARTHUR P.               :
HENDRICKS; RICHARD                      :
HOLLERBACH; AND, DOES 1-5,              :
INCLUSIVE                               :
                Defendants.           :
                              :

## DISMISSAL STIPULATION

The Plaintiff, Christopher Laccinole (the "Plaintiff") and the Defendants, Sequium Asset

Solutions, LLC, Gregory E. Schubert, Shantal Jackson, Verizon Online, LLC, Verizon Wireless

(VAW), LLC, Randy Williams, Steven Monda, William Strang, Arthur P. Hendricks, and Richard

Hollerbach (collectively the "Defendants") hereby stipulate to dismiss, with prejudice, the

Plaintiff's Complaint and all causes of actions, in the above captioned matter. This Dismissal shall

be with prejudice as to the Plaintiff and Defendants, with no interest, costs or attorney's fees.

1

ASSENTED TO BY:

Plaintiff, Christopher Laccinole
By and through his counsel,

Defendants,
By and through their counsel,

/s/ Vincent A. Indeglia, Esq.
Vincent A. Indeglia, Esq. (#4140)
**INDEGLIA LUTRARIO**
*Attorneys at Law*
300 Centerville Road
The Summit East, Suite 320
Warwick, RI  02886
(401) 886-9240
Fax: (401) 886-9241
vincent@indeglialaw.com

Timothy O. Egan, Esq. (#9239)
Peabody & Arnold, LLC
Federal Reserve Plaza
600 Atlantic Avenue, 6th Floor
Boston, MA 02210
(617) 951-2100
tegan@peabodyarnold.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2021, I electronically filed this

document with notice to the following party:

Vincent A. Indeglia, Esq.
**INDEGLIA LUTRARIO**
*Attorneys at Law*
300 Centerville Road
The Summit East, Suite 320
Warwick, RI  02886
vincent@indeglialaw.com

The document is available for viewing and/or downloading from the Rhode Island
Judiciary Electronic Filing System.

Timothy O. Egan

2